IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN LEE POLK**     **PLAINTIFF**

v.     Case No. 4:22-cv-00617-KGB

**NICKIE M. CROCKHON, State
Parole Officer; DEBRA JAMES,
State Parole Officer Supervisor**     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on January 26, 2023, it is considered, ordered, and adjudged that plaintiff Allen Lee Polk's complaint is dismissed without prejudice.

It is so adjudged this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge